UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kirill Medvedev,

                     Plaintiff,

   -against-

Binance Holdings Ltd. and BAM Trading Services, Inc.,

                     Defendants.
------------------------------------------------------------X

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

23-CV-7060 (RER) (SJB)

**RAMÓN E. REYES, JR., U.S.D.J.:**

      In an August 8, 2024, *sua sponte* report and recommendation (ECF No. 35 (the "R&R")), Magistrate Judge Sanket J. Bulsara recommended that the Court grant defendants' motion to dismiss for lack of subject matter jurisdiction without prejudice. (*Id.* at 3). Judge Bulsara advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts it in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

      Therefore, defendants' motion to dismiss (ECF No. 30) is granted, and this action is dismissed without prejudice. The Clerk of Court is respectfully requested to enter judgment in defendants' favor and close this case.

SO ORDERED.

_____
RAMÓN E. REYES, JR.
United States District Judge
Dated: September 3, 2024
       Brooklyn, NY